FILED
APR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1152-JM |
| Plaintiff, | INFORMATION |
| v. | Title 21, U.S.C., Sec. 841(a)(1) - Possession of heroin with Intent to Distribute (Felony) |
| EDUARDO JOSE CONTRERAS-LOPEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about March 6, 2008, March 13, 2008 and March 19, 2008, within the Southern District of California, defendant EDUARDO JOSE CONTRERAS-LOPEZ, did knowingly and intentionally possess, with intent to distribute, [100 grams or more, to wit:] approximately 321.4 grams of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 4/17/08.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:San Diego
4/2/08