FILED

MAY 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO JOSE CONTRERAS-LOPEZ,<br><br>Defendant. | Criminal Case No. 08CR1152-JM<br>**(Superseding)**<br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Sec. 841(a)(1) -<br>Possession of heroin with Intent to<br>Distribute (Felony) |

The United States Attorney charges:

Beginning on or about March 6, 2008 and ending on or about March 19, 2008, within the Southern District of California, defendant EDUARDO JOSE CONTRERAS-LOPEZ, did knowingly and intentionally possess, with intent to distribute, 100 grams or more, to wit: approximately 321.4 grams of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 20, 2008.

KAREN P. HEWITT
United States Attorney

for JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:(rp)San Diego
5/16/08