4

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAY 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

EDUARDO JOSE CONTRERAS-LOPEZ

**(Superseding)**
**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1152-JM

I, EDUARDO JOSE CONTRERAS-LOPEZ, the above named defendant, who is accused

of committing the following offense:

> Possession of heroin with Intent to Distribute, in violation of Title 21, United States
> Code, Section 841(a)(1) (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _____5-20-08_____ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

X JOSE E CONTreras
_____
Defendant

X _____
Counsel for Defendant

Before _____
Judicial Officer