| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | GREGORY F. NOONAN |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. *Pending* |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | 619 557-5790   (Telephone)/619 557-5551 (Fax) |
| | Email: gregory.noonan@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,       )   Criminal Case No.    08CR1152-JM
                                    )
11              Plaintiff,          )
                                    )   NOTICE OF APPEARANCE
12        v.                        )
                                    )
13  EDUARDO JOSE CONTRERAS-LOPEZ,   )
                                    )
14              Defendant.          )
    _____)

15

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

18  above-captioned case.

19        I certify that I am admitted to practice in this court or authorized to practice under

20  CivLR 83.3.c.3-4.

21        The following government attorneys (who are admitted to practice in this court or authorized

22  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

23  for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this

24  case.

25        1.    None.

26  //

27  //

28  //

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

1.   James P. Melendres.

Please feel free to call me if you have any questions about this notice.

DATED: June 17, 2008.

                                        KAREN P. HEWITT
                                        United States Attorney

                                        <u>s/Gregory F. Noonan</u>
                                        GREGORY F. NOONAN
                                        Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR1152-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| EDUARDO JOSE CONTRERAS-LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, , am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated June 17, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Mark Chambers, Attorney for Defendant Eduardo Jose Contreras-Lopez.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on June 17, 2008.

                                                                                        <u>s/Gregory F. Noonan</u>
                                                                                         GREGORY F. NOONAN
                                                                                         Assistant U.S. Attorney

Notice of Appearance                                                                                  08CR1152-JM
United States v. Eduardo Jose Contreras-Lopez